**Lauro Placido BALBUENA; Eva Placido, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–70240.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007 *.

Filed June 15, 2007.

Michael J. Hernandez, Esq., Ronzio & Associates, Los Angeles, CA, for Petitioners.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Oil, Stacy S. Paddack, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Lauro Placido Balbuena and Eva Placido seek review of an order of the Board of Immigration Appeals upholding an immi-

gration judge's order denying their application for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the discretionary determination that an applicant has failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 890 (9th Cir.2003).

We do not consider petitioners' contention regarding physical presence because their failure to establish hardship is dispositive.

**PETITION FOR REVIEW DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

